■ In the Matter of RACHEL POTASZNIK, Appellant, v ILENE RUBIN et al., Objectors, and VINCENT CUTTITA et al., Respondents-Respondents, and ROBERT ABRAMS, as Attorney-General of the State of New York, Intervenor. (And Two Other Pro-

ceedings.)—Orders and judgments, Supreme Court, New York County (Arthur Blyn, J.), entered on August 21, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.